(September 15, 1960)

■ ANNA E. SMITH et al., Appellants, v. DONALD J. McCARTHY et al., Respondents. COLUMBIA GAS OF NEW YORK, INC., et al., Defendants and Third-Party Plaintiffs-Respondents, v. DYER-FITTS CONSTRUCTION COMPANY, INC., et al, Third-Party Defendants Respondents.— Motion to vacate the order of this court, dated and entered May 31, 1960, dismissing appeal, vacated, and appeal reinstated, upon condition appellant perfects appeal, files note of issue,

and files and serves record and brief on or before October 10, 1960 and is ready for argument at the term of this court commencing October 31, 1960. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.